# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**RICKIE LYNN TIGUE, JR.**                                                    **PLAINTIFF**
**ADC #171131**
**v.**                  **CASE NO. 2:23-cv-00172-BSM-JJV**
**JACKSON, Warden,**
**EARU, ADC** *et al.*                                                       **DEFENDANTS**

## ORDER

Having reviewed the record *de novo*, Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 23] is adopted. Rickie Tigue may proceed on his First Amendment and Religious Land Use and Institutionalized Persons Act claims as set forth therein. All other claims are dismissed without prejudice.

IT IS SO ORDERED this 2nd day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE