# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**RICKIE LYNN TIGUE, JR.**  **PLAINTIFF**
**ADC #171131**

v.   CASE NO. 2:23-CV-00172-BSM-JJV

**JACKSON, Warden,**
**EARU, ADC** *et al.*   **DEFENDANTS**

## ORDER

Having reviewed the record *de novo*, Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 41] is adopted, and plaintiff's motion for preliminary injunction is denied.

IT IS SO ORDERED this 16th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE