IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RICKIE LYNN TIGUE, JR**                                                                      **PLAINTIFF**
**ADC #171131**

v.                                    **CASE NO. 2:23-CV-00172-BSM**

**MOSES JACKSON,** *et al.*                                                                    **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 73] is adopted. Defendants' motion for summary judgment [Doc. No. 46] and supplemental motion for summary judgment [Doc. No. 69] are granted. Tigue's claims against Jackson and Southern are dismissed without prejudice for failure to exhaust administrative remedies.

Tigue's motion for temporary restraining order [Doc. No. 74] is denied because he has not established a threat of irreparable harm or shown that he is likely to succeed on the merits. *See Dataphase Sys., Inc. v. C L Sys., Inc.*, 640 F.2d 109, 113 (8th Cir. 1981).

An *in forma pauperis* appeal from this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 3rd day of May, 2024.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE