IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RICKIE LYNN TIGUE, JR**                                            **PLAINTIFF**
**ADC #171131**

v.                  **CASE NO. 2:23-CV-00172-BSM**

**MOSES JACKSON,** *et al.*                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE